UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HERBERT H. MEYER
and CHERI L. MEYER,

    Plaintiffs,

v.                                                                    CASE NO. 3:16cv17/MCR/EMT

WELLS FARGO HOME
MORTGAGE, INC., et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 2, 2016. ECF No. 14. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Nationstar Mortgage, LLC's motion to dismiss, ECF No. 10, is **GRANTED**.

3. This action is **DISMISSED with prejudice** as to all Defendants.

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 1st day of July ,2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**